| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CRAIG G. MARGULIES (SBN 185925)<br>*Craig@MarguliesFaithLaw.com*<br>NOREEN A. MADOYAN (SBN 279227)<br>*Noreen@MarguliesFaithLaw.com*<br>**MARGULIES FAITH LLP**<br>16030 Ventura Boulevard, Suite 470<br>Encino, CA  91436<br>Telephone: (818) 705-2777<br>Facsimile:  (818) 705-3777<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for* Plaintiff, Darren Kessler | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SAN FERNANDO VALLEY</u> DIVISION**

| In re:<br><br>PETER SELTZER,<br><br>                                                    Debtor(s). | CASE NO.:  1:19-bk-11696-VK<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 1:19-ap-01151-VK |
|---|---|
| DARREN KESSLER,<br><br>                                                    Plaintiff(s),<br>vs.<br><br>PETER SELTZER,<br><br>                                                    Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): **<u>DEFENDANT'S NOTICE OF MOTION AND TO DISMISS COMPLAINT FOR THE DENIAL OF DISCHARGE PURSUANT TO FRCP 12(b)(6) AND FRCP 9(b)</u>** |

PLEASE TAKE NOTE that the order or judgment titled **<u>ORDER APPROVING IN PART AND DENYING IN PART, DEFENDANT PETER SELTZER'S MOTION TO DISMISS COMPLAINT FOR THE DENIAL OF DISCHARGE</u>** was lodged on (*date*) **<u>May 5, 2020</u>** and is attached.  This order relates to the motion which is docket number **<u>5</u>**.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

# EXHIBIT 1

CRAIG G. MARGULIES (SBN 185925)
*Craig@MarguliesFaithLaw.com*
NOREEN A. MADOYAN (SBN 279227)
*Noreen@MarguliesFaithLaw.com*
**MARGULIES FAITH LLP**
16030 Ventura Boulevard, Suite 470
Encino, CA  91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777

Attorneys for Creditor, Darren Kessler

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>PETER SELTZER,<br><br>Debtor. | Case No.:  1:19-bk-11696-VK<br><br>Chapter 7<br><br>Adv. No.: 1:19-ap-01151-VK |
| DARREN KESSLER,<br><br>Plaintiff,<br><br>v.<br><br>PETER SELTZER,<br><br>Defendant. | **ORDER APPROVING IN PART AND DENYING IN PART, DEFENDANT PETER SELTZER'S MOTION TO DISMISS COMPLAINT FOR THE DENIAL OF DISCHARGE**<br><br>**Hearing:**<br>Date:  April 29, 2020<br>Time:  2:30 p.m.<br>Place:  Courtroom 301<br>          United States Bankruptcy Court<br>          21041 Burbank Blvd<br>          Woodland Hills, CA 91367 |

The *Defendant's Notice of Motion and to Dismiss Complaint for the Denial of Discharge Pursuant to FRCP 12(b)(6) and FRCP 9(b)* (the "Motion to Dismiss"), filed by Debtor/Defendant, Peter Seltzer (the "Debtor" or "Defendant"), in the above-captioned adversary proceeding, came on for hearing before the Honorable Victoria Kaufman, United States Bankruptcy Judge, on April 29, 2020, at 2:30 p.m. (the "Hearing").  Craig G. Margulies, Esq. of Margulies Faith LLP appeared for the Plaintiff, Darren Kessler ("Kessler").  All other appearances were as reflected on the record at the Hearing.

After consideration of the relief sought in the Motion, the opposition papers, and the notice thereon; and finding good and sufficient cause appearing, and for the reasons stated on the record and in the Court's Tentative Ruling ("Tentative Ruling", Adv. Dkt. no. 12),

**IT IS HEREBY ORDERED** that;

1. The Motion to Dismiss is granted in part and denied in part, as provided below;
2. The First, Second, and Third Claims for relief under 11 U.S.C. §§ 523(a)(2), (a)(4), and (a)(6), respectively, are dismissed, with leave granted to amend;
3. The Fourth and Fifth Claims for relief under 11 U.S.C.§ 727(a)(2) and (a)(4), respectively, were sufficiently pled and therefore the Motion to Dismiss with respect to these claims is denied;
4. The Sixth Claim for relief under § 727(a)(5) is dismissed, with leave to amend;
5. Plaintiff has fourteen (14) days from the date of the Hearing on the Motion to Dismiss, through and including May 12, 2020, to file an amended complaint;
6. Defendant has fourteen (14) days from the filing and date of service of the amended complaint described above in paragraph 5 above, to file a response to the amended complaint; and
7. A continued status conference is set for June 24, 2020 at 1:30 p.m., with a joint status report due fourteen (14) days in advance.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 5, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**ATTORNEY FOR DEFENDANT: Kathleen C Hipps**     kathleen.hipps@gmlaw.com,
silvia.cerna@gmlaw.com;lorraine.corrales@gmlaw.com
**ATTORNEY FOR PLAINTIFF: Noreen A Madoyan**     Noreen@MarguliesFaithLaw.com,
Helen@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
**ATTORNEY FOR PLAINTIFF: Craig G Margulies**     Craig@MarguliesFaithlaw.com,
Vicky@MarguliesFaithlaw.com;Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com
**UST: United States Trustee (SV)**     ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **May 5, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** In accordance with the Administrative Amended Order 20-02, dated 4/1/2020, No Judges' copy will be mailed.
**DEFENDANT**: Peter M. Seltzer – 4179 Prado de la Puma, Calabasas, CA 91302

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 5, 2020 | Vicky Castrellon | /s/ Vicky Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012        Page 2        **F 9021-1.2.ADV.NOTICE.LODGMENT**