CRAIG G. MARGULIES (SBN 185925)
*Craig@MarguliesFaithLaw.com*
NOREEN A. MADOYAN (SBN 279227)
*Noreen@MarguliesFaithLaw.com*
**MARGULIES FAITH LLP**
16030 Ventura Boulevard, Suite 470
Encino, CA 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777

Attorneys for Creditor, Darren Kessler

**FILED & ENTERED**

**MAY 13 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

**CHANGES MADE BY COURT**

| | |
|---|---|
| In re<br><br>PETER SELTZER,<br>                           Debtor.<br><br>DARREN KESSLER,<br>                           Plaintiff,<br>v.<br><br>PETER SELTZER,<br>                           Defendant. | Case No.: 1:19-bk-11696-VK<br><br>Chapter 7<br><br>Adv. No.: 1:19-ap-01151-VK<br><br>**ORDER APPROVING IN PART AND DENYING IN PART, DEFENDANT PETER SELTZER'S MOTION TO DISMISS COMPLAINT FOR THE DENIAL OF DISCHARGE**<br><br>**Hearing:**<br>Date:  April 29, 2020<br>Time:  2:30 p.m.<br>Place:  Courtroom 301<br>         United States Bankruptcy Court<br>         21041 Burbank Blvd<br>         Woodland Hills, CA 91367 |

The *Defendant's Notice of Motion and to Dismiss Complaint for the Denial of Discharge Pursuant to FRCP 12(b)(6) and FRCP 9(b)* (the "Motion to Dismiss"), filed by Debtor/Defendant, Peter Seltzer (the "Debtor" or "Defendant"), in the above-captioned adversary proceeding, came on for hearing before the Honorable Victoria Kaufman, United States Bankruptcy Judge, on April 29, 2020, at 2:30 p.m. (the "Hearing"). Craig G. Margulies, Esq. of Margulies Faith LLP appeared for the Plaintiff, Darren Kessler ("Kessler"). All other appearances were as reflected on the record at the Hearing.

After consideration of the relief sought in the Motion, the opposition papers, and the notice thereon; and finding good and sufficient cause appearing, and for the reasons stated on the record and in the Court's ~~Tentative~~ Ruling ("~~Tentative~~ "Ruling", Adv. Dkt. no. 12),

**IT IS HEREBY ORDERED** that;

1. The Motion to Dismiss is granted in part and denied in part, as provided below;
2. The First, Second, and Third Claims for relief under 11 U.S.C. §§ 523(a)(2), (a)(4), and (a)(6), respectively, are dismissed, with leave granted to amend;
3. The Fourth and Fifth Claims for relief under 11 U.S.C.§ 727(a)(2) and (a)(4), respectively, were sufficiently pled and therefore the Motion to Dismiss with respect to these claims is denied;
4. The Sixth Claim for relief under § 727(a)(5) is dismissed, with leave to amend;
5. Plaintiff has fourteen (14) days from the date of the Hearing on the Motion to Dismiss, through and including May 12, 2020, to file an amended complaint;
6. Defendant has fourteen (14) days from the filing and date of service of the amended complaint described above in paragraph 5 above, to file a response to the amended complaint; and
7. A continued status conference is set for June 24, 2020 at 1:30 p.m., with a joint status report due fourteen (14) days in advance.

###

Date: May 13, 2020

Victoria S. Kaufman
United States Bankruptcy Judge