1  REBECCA LAWLOR CALKINS (SBN 195593)
   rebecca.calkins@gmlaw.com
2  KATHLEEN C. HIPPS (SBN 268019)
   kathleen.hipps@gmlaw.com
3  GREENSPOON MARDER LLP
4  1875 Century Park East, Suite 1900
   Los Angeles, California 90067
5  Telephone: (323) 880-4520
   Facsimile: (954) 771-9264

7  Attorneys for Debtor and Defendant
8  PETER M. SELTZER

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| PETER SELTZER<br><br>　　　　Debtor,<br>_____<br>DARREN KESSLER, an individual<br><br>　　　　Plaintiff,<br>　　v.<br><br>PETER SELTZER, an individual<br><br>　　　　Defendant.<br>_____ | Case No.: 2:19-BK-11696-VK<br><br>Chapter 7<br><br>Adversary Case No. 1:19-ap-01151-VK<br><br>**DEFENDANT'S WITHDRAWAL OF AMENDED NOTICE AND MOTION TO DISMISS COMPLAINT FOR THE DENIAL OF DISCHARGE PURSUANT TO FRCP 12b(6) & FRCP 9(b) FILED ON JUNE 3, 2020, DOCKET NO. 20** |

1 | Pursuant to the Court's instruction in its Notice of Filer of Error and/or Deficient Document of Mismatch between filed document and docket event, Docket No. 21, in the adversary action in above-captioned matter, Defendant Peter Seltzer ("Seltzer") hereby withdraws its Amended Notice and Motion to Dismiss, Docket No. 20, filed on June 3, 2020.

Seltzer will re-file the document using the correct docket event as instructed by the Court.

Dated:  June 16, 2020

GREENSPOON MARDER LLP

By: ____/s/ *Kathleen C. Hipps*____
Kathleen C. Hipps
Attorneys for Debtor and Defendant PETER M. SELTZER